**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) ANITA SUE GONZALEZ, Individually and in her capacity as the Personal Representative of the Estate of LUIS ALBERTO GONZALEZ, JR., deceased,<br><br>Plaintiff,<br><br>v.<br><br>(1) OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY;<br>(2) BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY,<br>(3) TURN KEY HEALTH CLINICS, LLC, f/k/a ESW CORRECTIONAL HEALTHCARE; and<br>(4) DOES 1-30<br><br>Defendants. | Case No. ________________ |

**NOTICE OF REMOVAL**

1. Turn Key Health Clinics, LLC; Oklahoma County Criminal Justice Authority, and Board of County Commissioners for Oklahoma County (the "Removing Defendants") submit this Notice of Removal. These parties are named as Defendants in a civil suit brought against them in the District Court of Oklahoma County, State of Oklahoma, titled *Anita Sue Gonzalez, individually and in her capacity as the Personal Representative of the Estate of Luis Alberto Gonzalez, Jr., deceased,, Plaintiff, v. Oklahoma County Criminal Justice Authority, Board of County Commissioners for*

*Oklahoma County, Turn Key Health Clinics, LLC, f/k/a ESW Correctional Healthcare and Does 1-30, Defendants,* Case No. CJ-2024-8093.

2. Defendants Turn Key Health Clinics, LLC, Oklahoma County Criminal Justice Authority and Board of County Commissioners for Oklahoma County were all served on June 12, 2025. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) as it is filed within 30 days of service of process upon the Defendants.

3. Pursuant to 28 U.S.C §§ 1331 and 1446, Removing Defendants remove this action to the United States District Court for the Western District of Oklahoma as Plaintiff has alleged claims arising under the laws of the United States.

4. Plaintiff alleges that he is entitled to damages in excess of $75,000 for the claims set forth in the Petition.

5. Pursuant to 28 U.S.C. §§ 1441, 1446, and Local Civil Rule 81.2, copies of all process, pleadings, and orders filed or served upon Defendants in the aforementioned state court action are attached hereto as follows, and made a part hereof:

(a) Exhibit 1 – State Court Docket Sheet;

(b) Exhibit 2 – Petition filed on December 16, 2024.

(c) Exhibit 3 – Summons return as to Turn Key Health Clinics, LLC filed on June 13, 2025.

(d) Exhibit 4 – Summons return as to Oklahoma County Criminal Justice Authority filed on June 13, 2025

(e) Exhibit 5 – Summons return as to Board of County Commissioners for Oklahoma County filed on June 13, 2025.

(f) Exhibit 6 – Entry of Appearance of Rodney Heggy for Oklahoma County Criminal Justice Authority filed on June 27, 2025.

(g) Exhibit 7 – Entry of Appearance of Rodney Heggy for Board of County Commissioners for Oklahoma County.

6. Written notice of the filing of this Notice of Removal will be promptly provided to all parties via regular mail. Also, a copy of this Notice of Removal will be filed with the clerk of the District Court of Oklahoma County, State of Oklahoma, as provided by 28 U.S.C. § 1446(d).

8. Defendants respectfully reserve the right to file all appropriate motions and raise all defenses and objections in this action after it has been properly removed to the United States District Court for the Western District of Oklahoma.

WHEREFORE, Removing Defendants respectfully request that this action be removed from the District Court of Oklahoma County, State of Oklahoma to the United States District Court for the Western District of Oklahoma, and for such other and further relief as this Court deems proper under the circumstances.

**JURY TRIAL DEMANDED.**

Respectfully submitted,

*s/ Alexandra G. Ah Loy*

Alexandra G. Ah Loy, OBA #31210
Timothy F. Campbell, OBA #30513
Kristin M. Siegel, OBA #32871
HALL BOOTH SMITH, P.C.
6301 Waterford Blvd, Ste 200
Oklahoma City, OK 73118
Telephone: (405) 513-7111
Facsimile: (405) 768-1414
allieahloy@hallboothsmith.com
ksiegel@hallboothsmith.com

*Attorneys for Defendant Turn Key Health Clinics, LLC;*

AND

*s/ Rodney Heggy*
*(signed with permission of counsel)*

Rodney J. Heggy, OBA #4049
Office of the District Attorney
320 Robert S. Kerr, Suite 505
Oklahoma City, OK 73102
Telephone: (405) 713-1600
Facsimile: (405) 235-1567
Rod.heggy@oklahomacounty.org

*Attorneys for Defendants Oklahoma County Criminal Justice Authority; Board of County Commissioners for Oklahoma County*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of July, 2025, I caused to be served a true and correct copy of the foregoing document, by mailing such document to the following, with proper postage paid thereon:

Cameron Spradling
Cameron Spradling, PLLC
500 N. Walker Avenue, Suite 100
Oklahoma City, OK 73102

and further that a copy of said Notice of Removal was mailed to the **District Court of Oklahoma County, Oklahoma.**

*s/ Alexandra G. Ah Loy*
Alexandra G. Ah Loy