**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

ANITA SUE GONZALEZ, individually and in her capacity as the Personal Representative of the Estate of LUIS ALBERTO GONZALEZ, JR., deceased,

*Plaintiff*,

v.

OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY;

BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY;

TURN KEY HEALTH CLINICS, LLC (f/k/a ESW CORRECTIONAL HEALTHCARE); and

DOES 1-30.

*Defendants*.

Case No. 25-CV-742-PRW

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order [Dkt # 32] entered on April 3, 2026, Plaintiff Anita Sue Gonazlez and the Defendants, Oklahoma County Criminal Justice Authority ("OCCJA"), Board of County Commissioners for Oklahoma County ("Board of County Commissioners" or "Board"), and Turn Key Health Clinics ("Turn Key"), submit the following Joint Status Report to provide the Court with an update on the status of discovery, anticipated motions and overall status of the case:

1. **Status of Discovery:**

   a. **Depositions.**

   Defendant OCCJA has requested available dates to depose Michael A. Martin, Luis Gonzalez's brother, and Anita Sue Gonzalez, Mr. Gonzalez's mother. Counsel for Plaintiff is currently corresponding with Mr. Martin and Ms. Gonzalez so they may provide dates to counsel for OCCJA.

   Plaintiffs intend to notice for deposition Oklahoma County Detention Center and Turn Key staff members who were responsible for ensuring Luis Gonzalez had access to adequate medical care.

   b. **Written Discovery.**

   All parties have made initial disclosures.

   Defendant Turn Key propounded written discovery (Interrogatories, Requests for Admissions, and Requests for Production) to Plaintiff on March 18, 2026. Plaintiff responded to the Requests for Admissions on April 20, 2026, and responded to the Interrogatories and Requests for Production on April 21, 2026.

   Defendant OCCJA propounded written discovery (Interrogatories and Requests for Production) to Plaintiff on May 13, 2026. Plaintiff is finalizing these responses.

   Defendant BOCC propounded written discovery (Interrogatories, Requests for Production, and Requests for Admission) to Plaintiff on June 12, 2026. Plaintiff has not yet responded.

   Plaintiff has not yet served written discovery on any Defendant but intends to serve written discovery on all Defendants shortly.

2. **Anticipated Motions:** Defendants OCCJA, BOCC, and Turn Key anticipate filing dispositive motions, motions in limine, and likely *Daubert* motions. Plaintiff anticipates filing motions in limine and likely *Daubert* motions.

3. **Overall Status of Case:** The parties believe the case will rapidly progress from now through November as depositions are taken and written discovery is completed. Additionally, the parties will discuss the possibility of ADR.

Submitted this 15th day of June, 2026.

Respectfully submitted,

*/s/ Cameron Spradling*________
Cameron Spradling, OBA No. 8509
Katelyn Elrod, OBA No. 35596
**CAMERON SPRADLING, PLLC**
500 North Walker Avenue, Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 605-0610
Facsimile: (405) 605-0615
*cameron@cameronspradling.com*
*katelyn@cameronspradling.com*

***Attorneys for Plaintiff***

*/s/ Rodney J. Heggy*______________
Rodney J. Heggy (OBA 4049)
Carri A. Remillard (OBA 21,539)
**Oklahoma County Criminal Justice Authority**
Legal Division
Oklahoma County Detention Center
201 North Shartel
Oklahoma City, OK 73102
(405) 504-6243
rod.heggy@okcountydc.net
carri.remillard@okcountydc.net

***Attorneys for Defendant OCCJA***

*/s/ Yolanda Downing*_____________
Lisa Erickson Endres (OBA #16647)
Yolanda Downing (OBA #18934)
**Assistant District Attorney**
Leadership Square
211 N. Robinson, Suite 700 N

Oklahoma City, OK 73102
Telephone: (405) 713-1600
Facsimile: (405) 235-1567
Lisa.Endres@oklahomacounty.org
Yolanda.Downing@oklahomacounty.org

***Attorney for Defendant BOCC***

*/s/ Timothy F. Campbell*
Alexandra G. Ah Loy, OBA #31210
Timothy F. Campbell, OBA #30513
Daniel Gilliam, OBA #36644
**HALL BOOTH SMITH, P.C.**
6301 Waterford Blvd, Ste 200
Oklahoma City, OK 73118
Telephone: (405) 513-7111
Facsimile: (405) 768-1414
allieahloy@hallboothsmith.com
tcampbell@hallboothsmith.com
dgilliam@hallboothsmith.com

***Attorneys for Defendant***
***Turn Key Health Clinics, LLC***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 15th day of June, 2026.

*/s/ Cameron Spradling*
Cameron Spradling